ALICIA M. CAVANAGH *v.* LAWRENCE CAVANAGH, EXECUTOR (ESTATE OF ALICIA L. CAVANAGH), ET AL. (9856)

DALY, FOTI and SCHALLER, Js.

Argued November 5—decision released December 1, 1992

*Joseph P. Secola* filed a brief for the appellant (plaintiff).

*David D. Legere,* with whom, on the brief, were *Shelley R. Halber, Robert P. Dolian* and *William H. Narwold,* for the appellees (defendants).

PER CURIAM. The judgment is affirmed.